**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUUL LABS INC., et al.,<br>Plaintiffs,<br>v.<br>GLAS INC., et al.<br>Defendants. | Case No. 2:25-cv-09331-CV-RAO<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION FOR ISSUANCE OF A LETTER OF REQUEST FOR JUDICIAL ASSISTANCE (LETTER ROGATORY) UNDER THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS** |

On June 2, 2026, Defendants filed a Motion pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18 1970, 23 U.S.T 2555 ("Hague Convention"), for issuance of a Letter of Request for International Judicial Assistance ("Letter of Request") directed to the Ministry of Justice of the People's Republic of China to compel the production of relevant documents and deposition testimony from foreign non-party Innokin Technology Co., Ltd. ("Innokin").

The Court, having considered Defendants' Motion and good cause having been found, hereby GRANTS the Motion and ORDERS as follows:

1. The original executed Letter of Request, with original signatures and seal, shall be provided to counsel for Glas to serve and execute in conformity with the Hague Convention.

**IT IS SO ORDERED**.

Dated: 08/14/2026

By: [signature]

HON. ROZELLA A. OLIVER UNITED STATES MAGISTRATE JUDGE